IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 4:16-CR-0007 |
| v. | : | (Judge Brann) |
| BRAHEEM JOHNSON, | : | |
| Defendant. | : | |

**ORDER**

March 9, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT: Defendant's Motion to Suppress Evidence is DENIED (ECF No. 31).

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge